Anthony Scott Charlie
2340 Mullan Rd
Missoula, MT  59801


Montana Fourth Judicial District Court, Missoula County

Anthony Scott Charlie                   *
          Plaintiff,              Dept. #4

vs.                        *    Cause No.: DV - 21- 1342

BonnerSpray Company
Missoula Police Department  *   The Standard of Montana's
Missoula City Council                     13
Montana Municipal      *    Original Colonies
Inter Local Authority

_____

1.)   Comes Now, Anthony Scott Charlie, Pro Se, filing this
motion because Mr. Charlie feels it's his responsibility as a
Tribal Member and a citizen of this Country and a
being apart of this Bundle of Life

2)    Okay, Mr. Charlie realizes that he sees things differently
then most people and because of this, effective Communication
is really important to reach understanding, and Mr. Charlie
continues to try and communicate thru this litigation that
                                      1 of 14

was started over a water issue of classically conditioning our community to open water contamination in such a spot that could and would effect civil resistance of the front line to our country's defense and even our communities defence and only months before Russian Conflict.

3.) Mr. Charlie is concerned that the Thin Blue Line is a opperation to cause civil unrest in our country that almost resulted in a civil war over Race issues in 2020 and it is really concerning that its this "Veil of Authority" that this opperation is able to conceal itself in, and, also, flourish in our country. Mr. Charlie is not attacking because its entertaining; it's because the actions are really happening and even though Mr. Charlie is still contributing to what might be an infiltrated system he believes it is only of a small, spread out group that is systematically working, and our Judicial System is still pretty much American. So, he contributes historically thru this litigation despite his concerns.

4.) Well, a nice little build up to let you know I'm not trying to waist your time and I realize my vision on things might seem strange at first... but... I guess you can be the Judge on weather my communication has

2 of 14

legal Merrit in the course of our Country's future, and if it's true that this Totel is coming from Real Live Tribel Homeland Security or not. (Black Claws in Everything)

## The Standard of Montana's 13 Original Colonies

5.)   Montana, like every other State of our country has been colonized; stemming, from our country's 13 Original Colonies. So, realizing this fact; We need to set a Standard on future space colonization programs by establishing that there has to be a working Model here on Earth, FIRST, of colonization in opperation, because of our country's history of the results of the 13 Original Colonies growing into "The World Power" pretty much over night in the time scale of Empires and Goverments.

6.)   What Mr. Charlie is stating is that our State needs to challenge any and all space colonization programs, pressing the need to have successful models in opperation here on Earth; because, space colonies are going to value different aspects and resources then our surface and free Atmosphere using Earthlings; and, because of this difference; our ways might seem tyrannical or just plain stupid. Which,

3 of 14

might lead to a seperation to interplanetary capable
colonizers with more Dry Land, then our Globe has,
to grow into.

7.)   A Fire Face Comp Point of Eatery, to a Pryhmid Built
by Reduction that is Sealed from the start, and, uses the
Working Formula is a space colony opperation. That is also
Defensively and Offesively a sound structure for use
in any penetration and inclusion of dry Land on this planet
and any other. The Technology of this Architechual Design,
along with the Plank Angle, Pre Fab Wells, and Life Cargo Carts,
will enable a working model of space colonization to actually
happen for study purposes. Which means our country will be
able to have a real chance at Globalizing the Solar System
and avoiding Planatary War; by cultivation, understanding,
and protection of this Knowledge.

8.)   Pryhmids Built by Reduction from Alaska to the Tip of
South America Secures our Planet from the threats of
Space... Foriegn and domestic protection not only for our
Continent, but, of our planet, and teaches us how to
work with real space colonizers, because we are on the
Same plain of thinking and understanding

9.)   So, to take a leap of imagination and see 13 Fire Face Camps Point of Enteries that reduce mountains into pyramids for Colonizers to live in at the square footage potential of Mount Sentinel, self sustaining because it's sealed from the start. You will soon realize that these colonies are more secure then our surface communities from threats of Space and World War III. So, a Colony growing into a Mountain right next to us could easily be more dangerous to our way of living then we think if we get into confrontation with these colonizers because we don't live or think by their standards.

10.)   Looking at our current situation with Russia and World War III; What I call Zero Ozone Elemental Situation or Z.⊕.Es⊙, and this Technology of Architectural Design and it's application to protect our civilians and our planet, I start to see how Z.⊙.Es or Russian Army is just food... or the supply line for our Working Formula. Kinda like the idea of Introducing the seed of Man back into the Circle of Life by the Bio Degredable Cum Catchers; a Z.⊙.E is just a full grown caught cum that is 70% percent water and nutrients that could be insect, fish, bird and even pig food, while at the same time breaking down into plant food and

Water supply. Not trying to be gruesome here, but from the perspective of limited resources such as a space colonization, an opposing Army is really just a supply line to grow ones Mountains Air, Water, and Working Formula, which is a thing of intelligence. A Being is a unit invested in by the Three of a community so like confiscation of slaves and property from the South during Civil War, a Z.O.E or Caught Cum that looks like human but is dumb, captured as food is a real loss of community resources. So looking from the view point of the Standard of Montana's 13 Original Colonies you can start to see the Real weakness in surface living; How vulnerable people really are; Whole communities, as, potential supply lines, as, food for the BOTTOM of the food chain because thats what will make the Working Formula work and be able to grow into a prosperous Pyramid Community.

11.)   Pyramid by Reduction started from a Fire Face Camp at the Bottom of a Mountain is an Offensive War Machine enabling a Defensive Strong Point in our Invasion to Russia or any dry land, and Life Cargo Carts is our Supply line to Grow into a Mountain with Insect, Bird, and Fish and Plant Life, but, also in War, is a processing unit of

Z.O.Es and C.C.s, Meaning, getting the water and gasses out of them before or while their fed to the Working Formula I purpose that we also Keep a Montana Tradition and cut their Ears off as Warlocks, but, like Custer's Ears for not listening and we send them back to Russia and their Allies like leaflets of propaganda to confirm their M.I.A but we keep all the Z.O.Es and C.C.s for our Prymid's Working Formula.

17)   This brings me to Bear Char Gone; World War III; Mr. Charlie believes will gain the United States of America both sides of the Bearin Straight, which, he call Alaska Bear and Pacific Char and old Russia side Gone. Meaning. the Char Gone Region will then have 10 maybe 13 new States built by Fire Face Comp Point of Enterier to Prymid's Built by Reduction. It's Kinda like Trench War Fare, but, using Structures of Mountains to secure strong points so with strategic Bundle Ball Deployments of Green 3os and/or Blue Yos we will have (Aces) Bases to then send Personal to defend as the Prymid continues to grow, and we will use Z.O.Es and C.C.s as real sources for supplies and with Plank Angler and Salish Networking we can attack their Rail Roads and Transportation for material and all

their Communication using the Bobber and Wave System
for our communication... to what degree? Our whole Planet
and solar System.

13.)   Mr. Charlie understands that this seems Scifi and fantasy
at first but with World War III we will be able to cut thru
that bullshit blockage of thin skin delusional reality and see that
Mr. Charlie is providing real Military Intel and has been Actively
locating weak points in our community and society and bringing
them to the surface for discussion, inspection and either correction
or illimination. Black Claws and Black Ops are the same thing, dug
in, reaching out and Killing if need be because we will carry
that burden sin. This is G?? protecting the Bundle and
Space Force is Real Home land Security a thing of Celestrial Cities.
Welcome to space Age. Hold on, please excuse me. Mr. Charlie
gets on his Rants and Raves because he is proud to be who he is
and represent what he does. Passing the Bundle of Life with
Protection, doing Ancestorial work is moving to him, because
the struggle is Real but so is his YOLO promise Keeping.

14.)   Char Core, with the Potential of adding more States
or dry land to the Influencial Power and Protection of
our Government. Mr. Charlie says we Keep our Flag of

50 stars and 13 stripes, but, we add to the stripes the symbol of the Bundle of Life and in the Order of Savage Spots like the Triangle weave in the Plank Angles △▽△.

Bundle of Life Symbol:

Water
Air         Electricity

With the stripes starting in the left; the first Bundle of Life symbol of the Triangle is to be Blacken out to salute all Black Ops / Black Claws work of both Celestial City Builders (AIM ⬕) and Colonizers ▽ that have gotten us to this moment in time were we have this Melting Pot of Diversity and Strength that Enters our Constitution into the Space Age with a Real Chance to Globalize our Solar System and our 13 Original Stripes have the room for the Bundle of Lives ⬕ ▽ △ of Space Colonies made possible by their success. Savage Spots of Black thread and maybe yellow thread for the Cube of Corruption ... The Master made possible by the Three ... Air ... Water ... and Electricity. The (3)demensional Cube is the Melting Pot of the Coix and 9ine, it's the Bundle of Life.

15)    If you think that the American Native didn't have anything to do with the Success of the Opperation of the

9 of 14

Country's 13 Original Colonies your crazy and not the right type of crazy ... the just plain stupid kind of crazy. So, an upside down American Flag is 100% American and this is why the Black Clows salute Knowing Black Claws or Black Ops are in Everything.

16) The Standard of Montana's Original 13 Colonies has more because of the Project of Pyramid by Reduction Sealed from the start, from Alaska to the Tip of South America, Starting on our Continet, were we are introducing Atmosphere into Square Footage of Mountains Like Mount Sentinel, Mint Jumbo, and bigger. This Atmosphere into the Pyramids will effect our Surface atmosphere, which, Mr. Charlie says will cool down the Planet. Compressed Gasses need lower tempetures to freeze because the compression causes friction and with a mixture of gasses called Air there is real friction and mavement between these gasses. Mr. Charlie this is not a chariable included in the Global warming Issue or the Goldie Lock Planet search for life, window, and this variable needs a little bit more discription for understanding.

17) Lets look at Urancus's North and South Pole. I think thats the name of the Planet that Rotates differently than all the others.

Well, if it's North and South Poles are colder then it's
equator then Mr. Charlie's theory is right, which is the vaccum
of space (The Contrast) is competeing against Gravity with the
gasses in the Air or Atmosphere which causes a "Cold Boil"
or movement of gasses that creates friction and heat. This
"Cold Boil" is added to by the speed of the rotation of the Planet
plus the size of the Planet which equals surface Tension. Gravity
has an effect on the weight of the Gasses and tempature and
rotation, causes a type of weather to happen. So, Humid by
Reduction would be creating a bigger Air Tank so to speak
relieving the compression and friction of the Atmosphere, thus,
bringing down the tempature

18)    Now, what Mr. Charlie means, is any planet, moon, or astroid
that rotates and has gravity enough to hold Ice and gasses
on it is capable of having atmosphere, which, then means the
Atmosphere can grow by "Space Ices" For Instance a comet
entering into the Atmosphere, burning up by the friction
caused by Gravity thru the surface tension of the falling
thru the atmosphere.

19.)   Realizing this Mr. Charlie says that our Country needs
to now look at Saturn's Rings and Moon's as real possible

places to Teraform moons for surface life and as a real force field of Atmosphere to protect the surface builds Meaning, our moon doesn't have atmosphere and look at its craters to show it. Compaired to Earths Atmosphere/Force Field Protection, and with this knowledge we can colonize alot more places and search for life at.

20) The Standard of Montana's 13 Colonies is a Homeland Security Protective Act, because look at Orbital Satelites and sling shot ability and Orbital Satelites to crash land on a moon We could Teraform by crashlanding Collected Ice than Orbital crash landing and the Reflection of saturn's Sunlight would heat up ice into gasses holding temptures, but on the other side of orbital Ice collection and ding shutting Ice can be thrown at Mars and even Earth which could heat the Planet up pretty much over night Killing all life on the Planet with out a deep impact unless Prymid by Reduction. So having The Stand of Montana's 13 Colonies we are fine tuning our understanding of Space Colonization and building the Technology of Architectual Design on our Planet before any gets built in our Solar System, to protect us from any type of Seperation or Revelation from Colonizers realizing they are Closer to Controling the whole Solar System by Controling

12 of 14

the I.C.E. deposits in our solar System.

21) Another idea to explore Charlie's Theory is to create "Weather Friction" inside a Intertube of a Tire with Two or Three Gasses that weigh differently like Oxygen and Heleum. So, when the tire is in Motion the Speed will increase the G Forces causing a seperation quickly with the gasses and a type of friction as they seperated into their weighted clarification and when the tire stops the gasses remix with the friction of compression and movement of centrifical forces with the stop and go the Static Electricity will build up in the tire.

22) Mr. Charlie believes that other types of gasses hold electric charges differently so he thinks with Polor into the tire or tube can then pull the electricity out of the Gasses in the Middle of the Tube while in Motion, because, like weather and lighting storms they Originate from Altitudes in the Sky, this will happen in the tire similar to weather proving compression and gass friction causes weather and Temputure.

Heleium

Nitrogen

Oxygen

I mean how many lighting storms are at the North and South Poles were there is less surface tension from the Earth's movement thru the constant Medium of the Vaccum of Space.

23] Mr Charlie also believes that the compression of Air/gasses cause a solid like effect that makes the waves of light and gamma waves travel thru the Atmosphere faster like sound thru solid brick, which, enables the Sun light to effect the surface more profoundly because the compression of Air is stronger because the emmissions of fossil fuels. So, Pyramids by Reduction and the Responsibility of The Standard of Montana's 13 Original Colonies.

Signed and dated this 24th day of April 2022

Anthony Scott Charlie

14 of 14