Anthony Scott Charlie
2340 Mullan Rd
Missoula, MT 59801

United States District Court Montana, Missoula County

Anthony Scott Charlie          Cause No.
            Plaintiff,
vs
Elon Musk              Summons
Space X
          Defendants.

To the above named defendants, you are hereby summoned and required to serve upon plaintiff, whose address is Anthony Scott Charlie 2340 Mullan Rd Missoula, MT 59801 an answer to the complaint which is here with served upon you with in (21) days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint.

1 of 2

Clerk of Court:

Dated:

Signed and Dated this 13th day of June 2022

*[signature: Scott Charlie]*

Anthony Scott Charlie

cc: Elon Musk and Space X
1 Rocket Rd
East Hawthorne neighborhood
Hawthorne, CA. 90250